# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **VS.** | §  NO. 4:24-MJ-00656-BP-1 |
| | § |
| **HUZEFA HAFIZ ISMAIL** | § |

## NOTICE OF ENTRY OF APPEARANCE

The Defendant, HUZEFA HAFIZ ISMAIL, hereby notifies the Court and counsel of this entry of appearance by his counsel in this cause, GARY A. UDASHEN and KATHERINE L. REED.

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Bar Card No. 20369590
gau@udashenanton.com

/s/ Katherine L. Reed
KATHERINE L. REED
Bar Card No. 24061307
katherine@udashenanton.com

UDASHEN | ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas  75206
214-468-8100
214-468-8104 fax

Attorneys for Defendant

## CERTIFICATE OF SERVICE

A copy of this notice was electronically delivered to Matthew Robert Weybrecht, Assistant United States Attorney, on this 27th day of August, 2024.

/s/ Gary A. Udashen
GARY A. UDASHEN